Honorable Judge
C/O Carson Smith
Federal Public Defender
129 W. Trade St. Ste 300
Charlotte, NC. 28202

I am writing this letter to provide a character reference for my brother Kenneth Forde. I have always tried to be a positive influence in his life and even though he has made some mistakes I will continue to be that person to support him and help him be a positive member of society because he is my family, my brother and I love him.

Throughout the time he was in a good place he has consistently demonstrated strong character and integrity. He has held down jobs and was very dependable and hardworking on all of them. I know this because most of the jobs he has had I helped him get them and I was able to consistently check up on his work performance. He also has two children and he was always present in their lives. Seeing him with his children and seeing how happy this made him is something I miss and I'm sure he feels the same way.

Talking to my brother since his incarceration I do feel he has learned from this. He had two major set backs that has takin time from him being with his children and family. He has missed the passing of family members while he has been in jail as well. I know this has affected him and will change his mind set for the future. He tells me he thinks about all the things that I told him before he ever got in trouble. Things like do not get in trouble and go to jail because it will be hard to get a job with a record. Telling him how working hard and going to work everyday will benefit you and your career. How I will always he here to support you and help you as long as you are doing something positive. Telling him don't go to jail because we are not family that can pay for an expensive lawyer and I am NOT putting up my house. These are things that have now came true and I think he has learned that I was right and he is ready to change.

I have no hesitation in recommending release for my brother, as I am confident that he will continue to demonstrate excellent character and make positive contributions with my continued support. I work for the City of Charlotte and have been there for 23 years now. I have met a lot of people in that time and I feel confident in being able to help him find work and get him back to being a productive citizen.

Sincerely,


Noble Scott

noblecscott@yahoo.com