Dear Judge,

My name is Harold Gene Pleas Jr, of ███████████████████████. I have worked for Mecklenburg County for the last 7years. I am the cousin of Mr. Forde, and I am writing this letter as a character reference for him.

I know Mr. Forde to be a thoughtful, caring person and father, a loving family member, and a very hard-working man. I have personally seen him grow and develop into a productive member of society, especially once he became a young father.  He and I have children of the same age. I have witnessed his growth and could not be more proud of the strides he has made along his journey. I have seen him work very hard, finding jobs that would allow him to take care of himself and his family.  I truly believe that he has made some mistakes that were out of character, and given the opportunity to return home, he would excel and be able to continue to grow and develop.  I have spoken to him at length about his plans to make the best of his time home, returning to work, school, and his family.  I know this situation has taught him a valuable lesson in being taken away from his family and his freedom.

My prayer is that Mr. Forde has the chance to return home and have the chance to reenter society, continue to earn a living as a hardworking father, and make the best of his life with that chance.

Sincerely,

Harold Gene Pleas Jr.